**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 25-3020

Jon Holland; Tyane Holland; Melissa Ferrill

Plaintiffs - Appellants

v.

Martin Simmerman; City of Sikeston, MO

Defendants - Appellees

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:24-cv-00201-CMS)

**JUDGMENT**

Before KELLY, GRASZ, and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

August 25, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler